IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GLENN FITZGERALD PADGETT,                 No. CIV S-03-2553-GEB-CMK-P

       Petitioner,

  vs.                                                                  ORDER

ROBERT HERNANDEZ, et al.,

       Respondents.

_____/

       Petitioner, a state prisoner proceeding pro se, was proceeding in this court with petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Judgement denying petitioner's petition was entered on March 21, 2005. Petitioner filed a notice of appeal on May 18, 2005. Petitioner filed a supplemental notice of appeal and a request for a certificate of appealability ("COA") on August 29, 2005. Petitioner's request for a COA was denied by this court on December 7, 2005, and by the Ninth Circuit Court of Appeals on March 7, 2006.[1]

/ / /

/ / /

---

[1] Petitioner's requests were denied because his notice of appeal was not timely.

1

1  On September 26, 2005, petitioner filed a document entitled "Motion for
2  Summary Judgment" (Doc. 49) and a document entitled "Motion for Relief From Judgment"
3  (Doc. 50).  On November 30, 2005, petitioner filed a document entitled "Request for Entry of
4  Default" (Doc. 52)  and a document entitled "Request for Case Status Report" (Doc. 53).
5  Finally, on January 17, 2006, petitioner filed a document entitled "Notice of Reporter's
6  Transcript" (Doc. 60), apparently seeking production at court expense of transcripts on appeal.
7  Because all these documents were filed after judgement was entered and after petitioner filed a
8  request for a COA, they will be disregarded and the Clerk of the Court will be directed to
9  terminate these matters as motions pending on the court's docket.
10  Accordingly, IT IS HEREBY ORDERED that:
11  1. Docs. 49, 50, 52, 53, and 60 are all disregarded; and
12  2. The Clerk of the Court is directed to terminate these matters as motions
13  pending on the court's docket.

DATED:   August 30, 2006.

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE